**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01718-CV

### PATRICK HUDSON, Appellant

### V.

### SOUTHERN INSURANCE COMPANY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10636**

## ORDER

We **DENY** appellee's March 4, 2013 motion for involuntary dismissal of the appeal.

Appellant filed his brief on March 11, 2013. Appellee's brief is due April 10, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE